# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeffrey Scott Balthaser<br>          Carrie Ann Balthaser fka Carrie A. Brunnabend, fka Carrie Skrzypek<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>                    Movant<br>         vs. | NO. 17-14448 elf |
| Jeffrey Scott Balthaser<br>Carrie Ann Balthaser fka Carrie A. Brunnabend, fka Carrie Skrzypek<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## ORDER

Upon consideration Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: JTMDFREV6GJ070731 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  10/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**