United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey Scott Balthaser
Carrie Ann Balthaser
    Debtors

Case No. 17-14448-elf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Oct 08, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.
db    +Jeffrey Scott Balthaser,   634 Elm Street,   Royersford, PA 19468-3336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:
      JEROME B. BLANK   on behalf of Creditor   Fifth Third Mortgage Company paeb@fedphe.com
      JOSEPH L QUINN   on behalf of Joint Debtor Carrie Ann Balthaser CourtNotices@rqplaw.com
      JOSEPH L QUINN   on behalf of Debtor Jeffrey Scott Balthaser CourtNotices@rqplaw.com
      KARINA VELTER   on behalf of Creditor   Fifth Third Mortgage Company amps@manleydeas.com
      KEVIN G. MCDONALD   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   Fifth Third Mortgage Company paeb@fedphe.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                                    TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeffrey Scott Balthaser<br>            Carrie Ann Balthaser fka Carrie A. Brunnabend, fka Carrie Skrzypek<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>                    Movant<br>    vs. | NO. 17-14448 elf |
| Jeffrey Scott Balthaser<br>Carrie Ann Balthaser fka Carrie A. Brunnabend, fka Carrie Skrzypek<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## ORDER

Upon consideration Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: JTMDFREV6GJ070731 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  10/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**