**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Carrie Ann Balthaser** : | Case No.: 17-14448 |
| **Jeffrey Scott Balthaser** : | Chapter 13 |
| : | Judge Eric L. Frank |
| **Debtor(s).** : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Fifth Third Bank** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-003103_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 17-14448** |
| **Carrie Ann Balthaser** | : **Chapter 13** |
| **Jeffrey Scott Balthaser** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Fifth Third Bank** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Carrie Ann Balthaser** | : |
| **Jeffrey Scott Balthaser** | : |
| | : |
| **William C. Miller** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Joseph L Quinn, Attorney for Carrie Ann Balthaser and Jeffrey Scott Balthaser, Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA  19464, CourtNotices@rqplaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Carrie Ann Balthaser and Jeffrey Scott Balthaser, 634 Elm Street, Royersford, PA  19468

DATE: <u>March 9, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

19-003103_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-003103_PS