## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Carrie Ann Balthaser** | : | **Case No.: 17-14448** |
| **Jeffrey Scott Balthaser** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## <u>WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR</u>

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel

of record for creditor **Fifth Third Bank** ("Creditor").  Sarah E. Barngrover is no longer counsel

for Creditor and should not receive future notices in this case.


/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

19-003103_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-14448** |
| **Carrie Ann Balthaser** | : | **Chapter 13** |
| **Jeffrey Scott Balthaser** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Fifth Third Bank** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Carrie Ann Balthaser** | : | |
| **Jeffrey Scott Balthaser** | : | |
| | : | |
| **William C. Miller** | : | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

Joseph L Quinn, Attorney for Carrie Ann Balthaser and Jeffrey Scott Balthaser, Ross, Quinn
& Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA  19464,
CourtNotices@rqplaw.com

19-003103_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 1, 2021:

Carrie Ann Balthaser and Jeffrey Scott Balthaser, 634 Elm Street, Royersford, PA  19468

DATE: September 1, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-003103_PS