United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14448-elf |
| Jeffrey Scott Balthaser | Chapter 13 |
| Carrie Ann Balthaser | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 27, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Scott Balthaser, Carrie Ann Balthaser, 634 Elm Street, Royersford, PA 19468-3336 |
| 14389303 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esq., KLM Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13942202 | + | Email/Text: bncnotifications@pheaa.org | Jul 27 2022 23:49:00 | Aes/chase Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14001740 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:47:38 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13942203 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:47:39 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13942204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:47:38 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14008616 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:47:34 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 13993883 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:47:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13967871 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 27 2022 23:49:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13942206 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 27 2022 23:49:00 | Citadel Federal Credit Union, Po Box 147, Thorndale, PA 19372-0147 |
| 13942207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:19 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13942208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:02 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 13942209 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 27 2022 23:49:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14261049 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 27 2022 23:49:00 | Fifth Third Bank, 5001 Kingsley Drive, 1MOBBW, Cincinnati, OH 45227-1114 |

Case 17-14448-elf   Doc 47   Filed 07/29/22   Entered 07/30/22 00:30:43   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13986498 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 27 2022 23:49:00 | Fifth Third Mortgage Company, 5001 Kingsley Dr. MD 1MOBBW, Cincinnati, OH 45227-1114 |
| 13942205 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 23:47:34 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13942210 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2022 23:49:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13998706 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:47:31 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13942211 | ^ | MEBN | Jul 27 2022 23:45:58 | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 13989296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:47:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13942212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:02 | The Home Depot/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13965974 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2022 23:49:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14457425 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:47:35 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13942213 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2022 23:49:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13942215 | | Email/Text: membersolutions@visionsfcu.org | Jul 27 2022 23:49:00 | Visions Fcu, 24 Mckinley Ave, Endicott, NY 13760 |
| 13942216 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:47:31 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13942214 | *+ | Toyota Motor Credit Corporation, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor FIFTH THIRD BANK amps@manleydeas.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Fifth Third Bank National Association as Successor by merger to Fifth Third Mortgage Company cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor Fifth Third Mortgage Company paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Carrie Ann Balthaser CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Jeffrey Scott Balthaser CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Fifth Third Mortgage Company tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jeffrey Scott Balthaser and Carrie Ann Balthaser

        Debtor(s)

Case No: 17−14448−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/27/22